HILL and Another *v.* THUERMER.

APPEAL from the *Ohio* Circuit Court.

PERKINS, J.—Suit upon a promissory note.

*Wednesday,
December 7.*

Answer, that the note was given by defendant to *John Sexton*, in part consideration for *Richard E. Schroeder's* patent improvement for burning lime, for the territory of the county of *Ohio*, in the state of *Indiana;* and the said *John Sexton*, at the date of said note, conveyed the right of said patent improvement, for said county of *Ohio*, by deed, a copy of which is filed herewith, to defendant and one *John M. Scott.* And the defendant avers that said deed contains no description or specification of said improvement, so that it can be known in what it consists; wherefore, &c.

The deed describes the thing conveyed as being "*Richard E. Schroeder's* patent for an improvement for burning lime, for which letters patent were granted on the 6th day of *May*, 1851, securing to him," &c.

A demurrer was overruled to the answer, and it was

held a good bar to the action, because the deed did not contain the specifications of the patent.

It was no bar. The deed sufficiently identified the thing sold. That was all that was required. If the purchaser wanted a copy of the specifications, he could send to the patent office and get them.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*A. C. Downey* and *H. A. Downey*, for the appellants.